JASPER LOUIS GARRETT
1119 MATTHEWS RD
TYLERTOWN, MS 39667

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

SOUTHERN SURGICAL
139 FAIRFIELD DR
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

LA DEPT OF REVENUE
P.O. BOX 91011
BATON ROUGE, LA 70821-9011

SOUTHWEST MS REGIONAL
212 3RD ST
MCCOMB, MS 39648

AAA AMBULANCE
P.O. BOX 17889
HATTIESBURG, MS 39404

LAKELAND RADIOLOGISTS
PO BOX 23073
JACKSON, MS 39225-3073

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

ANESTHESIA ASSOCIATES
212 3RD ST
MCCOMB, MS 39648

MERIT HEALTH WESLEY
5001 HARDY ST
HATTIESBURG, MS 39402

WALTHALL GENERAL HOPSI
P.O. BOX 24023
DEPT 03056
JACKSON, MS 39225

BURROW PATHOLOGY
305 RAWLS DR
MCCOMB, MS 39648

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

COMPREHENSIVE RADIO
PO BOX 3488
TUPELO, MS 38803

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD, TN 37024

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

RADIOLOGY BILL
5703 NATIONAL RD E
RICHMOND, IN 47374

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

REPUBLIC FINANCE
785 US HWY 98
COLUMBIA, MS 39429

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SABRINA MONTGOMERY
1119 MATTHEWS RD
TYLERTOWN, MS 39667