IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:        JASPER LOUIS GARRETT,
              DEBTOR(S)

                                           CHAPTER 13 BANKRUPTCY
                                           CASE NO. 26-50890-KMS


DAVID RAWLINGS, TRUSTEE


### TRUSTEE'S OBJECTION TO CONFIRMATION


COMES NOW, the Trustee, David Rawlings, by and through his attorney, and files this

Objection to Confirmation of the Debtor's Chapter 13 Plan (Docket No. 2), and any subsequently

Amended/Modified Plan(s), until such time as all confirmation issues have been resolved, and

says:

1.      That the Debtor has proposed a Chapter 13 Plan that should not be confirmed for

the following reasons, to wit:   **1. Bank statements show a balance of $13,654.98 on the DoF,

which amount should be paid to the unsecured creditors.   2. IRS Claim indicates tax returns

were not filed in 2023 and 2024.   3. Household income should include girl friend.   4. In 5.1,

"funds remaining" should be checked. (sjd)**

2.      That by reason of the foregoing, the case should be dismissed or the Debtor's

Chapter 13 Plan is not filed in good faith, is not feasible, and/or confirmation of the same should

be denied or conditioned on amendments resolving the problems raised herein.

WHEREFORE, PREMISES CONSIDERED, the Trustee files this Objection, as set out

above, and prays for such other relief, either general or specific, as to which this Court may deem

meet and proper.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: _/s/Samuel J. Duncan_
Samuel J. Duncan,
His Attorney

Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ecf filing system, to: the U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins.

So certified on this the 26th day of July, 2026.

_/s/Samuel J. Duncan_
Samuel J. Duncan