# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50890          **Case Name:** Jasper Louis Garrett

**Set:** 08/11/2026 01:30 pm   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #15) - RESET TO 9/22/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [8] Confirmation Hearing) The Trustee's Objection (Dkt. #15) is reset to 9/22/26. Confirmation hearing removed. (mcc)