# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50890 **Case Name:** Jasper Louis Garrett

**Set:** 09/22/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan). (Dkt. #15)

---

Minute Entry Re: (related document(s): [15] Objection to Confirmation of the Plan filed by David Rawlings) Duncan to submit an Order withdrawing the Objection. Order due by 10/06/2026. (mcc)