United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50890-KMS
Jasper Louis Garrett Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 2
Date Rcvd: Oct 06, 2026 Form ID: n032 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasper Louis Garrett, 1119 Matthews Rd, Tylertown, MS 39667-6622 |
| 5679034 | + | AAA Ambulance, P.O. Box 17889, Hattiesburg, MS 39404-7889 |
| 5679035 | + | Anesthesia Associates, 212 3rd St, McComb, MS 39648-4102 |
| 5679036 | + | Burrow Pathology, 305 Rawls Dr, McComb, MS 39648-2859 |
| 5679037 | + | Comprehensive Radio, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5679041 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5679043 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5698553 | + | MCCOMB ANESTHESIA ASSOCIATES, LP, C/O DONALD H. JONES, SR. P.A., PO BOX 1104, MCCOMB, MS 39649-1104 |
| 5679044 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5679047 | + | Radiology Bill, 5703 National Rd E, Richmond, IN 47374-2619 |
| 5679049 | + | Sabrina Montgomery, 1119 Matthews Rd, Tylertown, MS 39667-6622 |
| 5679050 | + | Southern Surgical, 139 Fairfield Dr, Hattiesburg, MS 39402-1303 |
| 5679051 | + | Southwest MS Regional, 212 3rd St, McComb, MS 39648-4102 |
| 5679053 | | Walthall General Hopsi, P.O. Box 24023, Dept 03056, Jackson, MS 39225 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5705223 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 06 2026 20:01:00 | HATTIESBURG HB MEDICAL SERVICES LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5679038 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 06 2026 20:01:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5699526 | ^ | MEBN | Oct 06 2026 19:56:01 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5679040 | + | Email/Text: ebone.woods@usdoj.gov | Oct 06 2026 20:01:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5679039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2026 20:01:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5679042 | | Email/Text: LDRBankruptcy.EBN@la.gov | Oct 06 2026 20:01:00 | LA Dept of Revenue, P.O. Box 91011, Baton Rouge, LA 70821-9011 |
| 5679045 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 06 2026 20:01:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5696175 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 06 2026 20:01:00 | Merit Health Wesley, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5679046 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 06 2026 20:01:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5679048 | | Email/Text: bankruptcy@republicfinance.com | Oct 06 2026 20:01:00 | Republic Finance, 785 US Hwy 98, Columbia, MS 39429 |

| | | | |
|---|---|---|---|
| 5681977 | Email/Text: bankruptcy@republicfinance.com | Oct 06 2026 20:01:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5679052 | ^ MEBN | Oct 06 2026 19:56:00 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jasper Louis Garrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50890−KMS
**Chapter:** 13

**In re:**

Jasper Louis Garrett
aka Jasper L Garrett
1119 Matthews Rd
Tylertown, MS 39667

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/6/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 6, 2026

Danny L. Miller, Clerk of Court