UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
JASPER LOUIS GARRETT
1119 Matthews Rd
Tylertown, MS 39667

CHAPTER 13 PROCEEDING:
26-50890 KMS

**MOTION TO INCREASE PLAN PAYMENT**

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: the Mississippi Department of Revenue has filed a Priority Claim of $8,633.50 and a general unsecured claim of $3,068.56, (amounts not provided for in the confirmed plan.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $466.70 per month beginning with the month of November 28, 2026.

RESPECTFULLY SUBMITTED: October 09, 2026

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

**CERTIFICATE OF SERVICE**

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, October 09, 2026.

DEBTOR:

JASPER LOUIS GARRETT
1119 Matthews Rd
Tylertown, MS 39667

ATTORNEY FOR DEBTOR:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

U.S. TRUSTEE:

501 East Court Street
Suite 6-430
Jackson, MS 39201

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE